No. 76. MARTÍNEZ *v.* MÉNDEZ. Apelación procedente de la Corte de Distrito de Aguadilla. Resuelto en Marzo 10, 1905. Desesti-

mada á instancia de la parte apelante. Abogado del apelante: Sr. Méndez Vaz.